UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME ACOSTA,<br><br>        Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>        Defendant. | Case No. 22-cv-03621-JST<br><br>**ORDER DISMISSING CASE** |

On February 9, 2023, the Court granted Defendant's motion to dismiss with leave to amend and provided 21 days for Plaintiff to file an amended complaint. ECF No. 22 at 6. The Court advised that "[f]ailure to file a timely amended complaint will result in dismissal of this case without leave to amend." *Id.* Plaintiff acknowledged the March 2, 2023 deadline for amending the complaint in the last joint case management statement. ECF No. 23 at 4.

To date, no amended complaint has been filed. Accordingly, this case is dismissed without leave to amend. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: March 8, 2023



JON S. TIGAR
United States District Judge